UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) RASHIDAHMED CANTAVE<br>(2) MATTHEW SCHNELL<br>(3) THOMAS CONWAY<br>(4) DENNIS DREW<br>(5) MICHAEL RAICHE<br>(6) ANGELA DEMARCO<br>(7) ROBBY LEWIS<br>(8) MAUREEN CORSETTI<br>(9) JEREMY TRASK<br>(10) ZACHARY ALBERT<br>(11)  SERENE HULL<br>(12)  ALTON RYAN<br>(13)  ANTHONY CONLEY<br><br>Defendants. | No. 24-cr-03-01/13-SM-AJ<br><br>21 U.S.C. §§ 841(a)(1) & 846<br>Conspiracy to Distribute<br>Controlled Substances |

# **INDICTMENT**

The Grand Jury charges:

### Count One
### 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), & 846
### Conspiracy to Distribute a Controlled Substance

Beginning on a date no later than October 26, 2022 and continuing to on or about January 31, 2024, in the District of New Hampshire, the defendants,

RASHIDAHMED CANTAVE
MATTHEW SCHNELL
THOMAS CONWAY
DENNIS DREW
MICHAEL RAICHE
ANGELA DEMARCO
ROBBY LEWIS
MAUREEN CORSETTI
JEREMY TRASK and

ZACHARY ALBERT

knowingly and willfully combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to distribute a controlled substance, specifically, methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

### Count Two
### 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), & 846
### Conspiracy to Distribute a Controlled Substance

Beginning on a date no later than September 23, 2022 and continuing to on or about January 31, 2024, in the District of New Hampshire, the defendants,

THOMAS CONWAY
SERENE HULL
ALTON RYAN and
ANTHONY CONLEY

knowingly and willfully combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to distribute controlled substances, specifically, methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, both Schedule II Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

### NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the

charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses, including but not limited to: (A) approximately $59,930.00 in U.S. Currency, seized from Rashidahmed Cantave, and (B) one 18K yellow gold men's Rolex watch, seized from Rashidahmed Cantave.

A TRUE BILL

Dated: January 31, 2024

/s/Foreperson
Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney
District of New Hampshire

By: /s/Heather A. Cherniske; /s/Jarad E. Hodes
Heather A. Cherniske
Jarad E. Hodes
Assistant United States Attorneys