UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| V. | * * | CR. NO.  1:24-CR-00003-SM-AJ-13 |
| ANTHONY CONLEY | * * | |

**ASSENTED TO MOTION FOR JUDICIAL RECOMMENDATION FOR THE SOAR PROGRAM AND MAT TREATMENT**

NOW COMES the Defendant, Anthony Conley, by and through counsel, Paul J. Garrity, and hereby moves this Court to issue a judicial recommendation for the accused to enter into the SOAR program and MAT treatment at the Merrimack County House of Corrections.

In support of this Motion, the accused states as follows:

1. The Defendant is currently detained at the Merrimack County House of Corrections.

2. The Defendant has had a long-standing substance abuse issue.

3. The Defendant would like to take advantage of the SOAR program and MAT treatment offered at the Merrimack County House of Corrections to address his substance abuse issues.

4. The undersigned counsel is of the understanding that a judicial recommendation for entry into the SOAR program and MAT treatment will expedite the Defendant's entry into these programs.

5. Assistant United States Attorney Heather Cherniske, has been contacted regarding this issue and assents to this within motion.

WHEREFORE, the Defendant, Anthony Conley, respectfully requests that this Honorable Court grant this Motion and issue a judicial recommendation for the accused to enter into the SOAR program and MAT treatment at the Merrimack County House of Corrections.

                                                Respectfully submitted
Anthony Conley,
By his Attorney,

Date:   February 26, 2024              /s/   Paul J. Garrity
Paul J. Garrity, Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 26th day of February, 2024, a copy of the within was e-filed for all parties involved and mailed, postage-prepaid, to Anthony Conley.

Date:   February 26, 2024              /s/   Paul J. Garrity
Paul J. Garrity