UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Alton Ryan

Criminal Case No. 24-cr-3

# WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, Alton Ryan, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 2/28/24        /s/ Alton Ryan
                     Defendant
                     (with permission)

Date: 2/28/24        _____
                     Counsel for Defendant
                     David Rothstein

WAIVER APPROVED.

Date: _____        _____
                                  ☐ United States Magistrate Judge
                                  ☐ United States District Judge

Copies to:
    U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1 (12-02)