UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO. 24-cr-03-07-SM-AJ |
| ) | |
| ROBBY LEWIS ) | |

### *ASSENTED-TO* MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF BENJAMIN L. FALKNER, ESQ. ON BEHALF OF DEFENDANT ROBBY LEWIS

Attorney Benjamin L. Falkner hereby moves this Court, with the ASSENT of the Government and Defendant Robby Lewis, to withdraw his appearance.

1. On February 21, 2024, Attorney Falkner accepted an appointment to represent Defendant Robby Lewis, pursuant to the Criminal Justice Act.

2. On March 1, 2024, the Court granted the motions of Attorneys Katryna Lyn Spearman and Murdoch Walker to appear pro hac vice on behalf of Defendant Lewis (See Doc. Nos. 58, 63).

3. LCrR 44.3 provides as follows: "Counsel must obtain leave of court to withdraw an appearance."

4. Private counsel having appeared on behalf of Defendant Lewis, Attorney Falkner seeks leave of court to withdraw his appearance.

5. Counsel to the Government and Defendant Lewis assent to the relief sought in this motion.

**WHEREFORE**, for all the foregoing reasons, Attorney Benjamin L. Falkner respectfully requests that this Court GRANT the within ASSENTED-TO motion and GRANT LEAVE to Attorney Falkner to withdraw his appearance on behalf of Defendant Robby Lewis.

> /s/ Benjamin L. Falkner
> Benjamin L. Falkner (Bar No. 17686)
> Krasnoo, Klehm & Falkner LLP
> 28 Andover Street, Suite 240
> Andover, MA 01810
> (978) 475-9955 (telephone)
> (978) 474-9005 (facsimile)
> (617) 365-4368 (mobile)

Dated: March 4, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the within document upon counsel of record for the Government and Defendant Robby Lewis via the Court's ecf system on March 4, 2024.

> /s/ Benjamin L. Falkner
> Benjamin L. Falkner