UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS




US POSTAGE — PITNEY BOWES
ZIP 03301 $ 000.64
02 4W
0000335127 FEB 14 2024

Laurence B. Cote
Cote Law Offices
745 Atlantic Ave, 8th Flr
Boston, MA 02111

FILED - USDC -NH
2024 MAR 5 AM 10:53

NIXIE          015    FE 1      0002/28/24
              RETURN TO SENDER
              ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD

BC: 03301394135     *2584-00894-14-39

**Notices**

1:24-cr-00003-SM-AJ *SEALED*
USA v. SEALED

COLLATERAL,CONFLICT-
FD,SEAL-I



U.S. District Court

District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 2/14/2024 at 2:12 PM EST and filed on 2/14/2024
**Case Name:**        USA v. SEALED
**Case Number:**   1:24-cr-00003-SM-AJ *SEALED*
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF HEARING** as to Rashidahmed Cantave, Matthew Schnell, Thomas Conway, Dennis Drew, Michael Raiche, Angela Demarco, Robby Lewis, Maureen Corsetti, Jeremy Trask, Zachary Albert, Serene Hull, Alton Ryan, Anthony Conley. Status Conference set for 2/29/2024 11:00 AM, via Zoom video, before Judge Steven J. McAuliffe. The Court will send the Zoom link.(lw)

1:24-cr-00003-SM-AJ *SEALED*-1 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-2 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-3 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-4 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-5 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-6 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-7 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-8 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-9 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-10 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-11 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-12 No electronic public notice will be sent because the case/entry is sealed.

1:24-cr-00003-SM-AJ *SEALED*-13 No electronic public notice will be sent because the case/entry is sealed.