AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
FEB 0 2 2024
U.S. MARSHALS SERVICE

FILED - USDC -NH
2024 MAR 13 AM8:38

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 24-cr-03-SM-AJ-12/13 |
| Alton Ryan | ) | |
|  | ) | |
|  | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Alton Ryan,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 2: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), & 846 - Conspiracy to Distribute a Controlled Substance

Date: 02/01/2024

_Issuing officer's signature_

City and state: Concord, New Hampshire

Kathy Dupont, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2/2/2024, and the person was arrested on *(date)* 2/29/2024
at *(city and state)* _____.

Date: 2/29/2024

_Arresting officer's signature_

Melissa Freniere
*Printed name and title*

Waived appearance on arraignment.