# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   No. 1:24-CR-03-SM-AJ-01/13 |
| | ) |
| **RASHIDAHMED CANTAVE, ET AL.** | ) |

## ASSENTED-TO MOTION FOR SCHEDULING ORDER

The United States of America, by Jane E. Young, United States Attorney for the District of New Hampshire, moves this court to adopt the following trial date and dates relating thereto for the above-captioned case.

| TRIAL | September 17, 2024[1] |
|---|---|
| INITIAL DISCOVERY FROM GOVERNMENT EXCEPT GIGLIO AND DOCUMENTS NOT YET GENERATED OR OBTAINED | March 29, 2024 |
| GOVERNMENT ELECTRONIC AND MEDIA DISCOVERY | April 16, 2024 |
| DISCOVERY FROM DEFENSE | May 29, 2024 |
| DISPOSITIVE/EVIDENTIARY MOTIONS | June 14, 2024 |
| DEADLINE FOR MOTIONS TO CONTINUE[2] | July 29, 2024 |
| EXPERT WITNESSES – GOVERNMENT | July 23, 2024 |
| GIGLIO FOR TESTIFYING WITNESSES | August 6, 2024 |
| 404(b) EVIDENCE | August 6, 2024 |

---

[1] While Attorney Patrick Richard, counsel for Serene Hull, and Attorney David Rothstein, counsel for Alton Ryan, both assent to this scheduling order given the Court's assignment of a September trial, both attorneys would like to note that they are scheduled for preexisting trials during the September trial period.

[2] It is the understanding of the parties that motions to continue will be filed only in extraordinary circumstances.

| WITNESS STATEMENTS | August 6, 2024 |
| --- | --- |
| DEFENSE EXPERT WITNESSES | August 13, 2024 |
| EXHIBIT AND WITNESS LISTS | August 20, 2024 |

Objections to the dispositive and evidentiary motions and the *in limine* motions would be filed in accordance with the 14-day period provided by the local rules of this court.

This case involves substantial evidence obtained during the investigation. Discovery in this case involves thousands of pages of documents and an extensive number of recordings.

By assenting to this motion, appearing defendants and their counsel stipulate and agree that all time from the case status hearing held on February 29, 2024 until the proposed trial date is necessary to prepare for trial and shall be considered excludable delay under the Speedy Trial Act.

All defendants, through counsel, have assented to this motion.

Date: March 14, 2024

Respectfully submitted,

JANE E. YOUNG
United States Attorney

/s/ Heather A. Cherniske
Heather A. Cherniske
Assistant U.S. Attorney
NH Bar # 19837
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301