UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| United States of America | |
| v. | No. 1:24-cr-3-SM-AJ-10 |
| Zachary Albert | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WAIVER OF IAD ANTISHUTTLING RIGHTS

I, Zachary Albert, the defendant in this case, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree as follows:

1. I have been sentenced to a term of imprisonment by a state court in the State of New Hampshire.  I have not completed serving that sentence.

2. I now face federal charges for Conspiracy to Distribute a Controlled Substance in the above-captioned matter, and, for that reason, I agree to be taken into federal custody and brought to the United States District Court for the District of New Hampshire, located in Concord, New Hampshire for any and all hearings and/or trial.

3. I have been advised that the Interstate Agreement on Detainers (18 U.S.C. appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not returned to state custody, until the trial (or guilty plea) on the federal charges is completed and the federal sentence has been imposed.

4. Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my trial and/or sentencing on the federal charges.

Dated: April 24, 2024                    /s/ Zachary Albert, with permission
                                         Zachary Albert


Dated: April 24, 2024                    /s/ Mark L. Sisti, Esq.
                                         Mark L. Sisti, Esq.
                                         NH Bar No.: 2357
                                         VT Bar No.: 4054
                                         Sisti Law Offices
                                         387 Dover Road
                                         Chichester, NH 03258
                                         (603) 224-4220
                                         info@sistilawoffices.com

## CERTIFICATION

I hereby certify that on this 24th day of April 2024, that a copy of the foregoing Waiver of IAD Antishuttling Rights has been forwarded to Heather A. Cherniske, Esq. and Jarad Hodes, Esq., US Attorney's Office, via the Court's electronic filing system.


                                         /s/ Mark L. Sisti, Esq.
                                         Mark L. Sisti, Esq.