UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| V. * | Case No. 1:24-CR-00003-SM-AJ-13 |
| * | |
| ANTHONY CONLEY * | |
| Defendant. * | |

## ASSENTED TO MOTION FOR DETENTION HEARING

NOW COMES the Defendant, Anthony Conley, by and through his attorney, Paul Garrity, and hereby moves this Honorable Court to schedule a Detention Hearing.

In support of this motion, the Defendant states as follows:

1. The Defendant is charged with Conspiracy to Distribute a Controlled Substance.

2. The Defendant previously stipulated to detention without prejudice and is detained at the Merrimack County HOC;

3. While at the Merrimack County HOC the Defendant has been accepted into The Process/Integrative Recovery Center (PHPO/IOP with Sober Living Program) at 21 Factory St, Nashua NH with a bed being available as of June 10, 2024 or any day thereafter.

4. The Defendant is requesting that a Detention Hearing be scheduled.

5. That AUSA Heather Cherniske has been contacted and has no objection to the scheduling of a Detention Hearing;

WHEREFORE, the Defendant, Anthony Conley, respectfully asks this Honorable Court to schedule a Detention Hearing.

                                                Respectfully submitted,
                                                Anthony Conley,
                                                By his Attorney,

Date: June 3, 2024                                /s/     Paul J. Garrity
                                                 Paul J. Garrity, Bar No. 905
                                                 14 Londonderry Road
                                                 Londonderry, NH 03053
                                                 603-434-4106
                                                 garritylaw@myfairpoint.net

**CERTIFICATE OF SERVICE**

 I, Paul J. Garrity, herein certify that on this 3th day of June, 2024, a copy of the within Motion was e-filed for all parties involved.

Date: June 3, 2024                                /s/     Paul J. Garrity
                                                 Paul J. Garrity