UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff )<br>)<br>v. )<br>)<br>ANTHONY CONLEY )<br>        Defendant )<br>) | Docket No. 1:24-CR-00003-SM-AJ-13 |

## ASSENTED TO MOTION TO CONTINUE
## JUNE 20, 2024 DETENTION HEARING

NOW COMES, the Defendant, Anthony Conley, by and through his attorney, Paul Garrity, and moves this court to continue the June 20, 2024 detention hearing to a later date.

In support of this Motion, the Defendant states as follows:

1. A detention hearing has been scheduled for today, June 20, 2024, at 3:00 p.m.

2. The Defendant has a pending probation violation case in Belknap County Superior Court that has to be resolved prior to going forward with the detention hearing in this matter.

3. Therefore, a continuance is requested of today's detention hearing in this matter.

4. The United States Attorney's Office, through Heather Cherniske, assents to the relief requested in this Motion as does U.S. Probation Officer Karin Hess.

5. The undersigned counsel wishes to inform the Court that he will be on **vacation August 10, 2024 through August 17, 2024**.

6. For scheduling purposes, please note undersigned counsel is scheduled for an attempted murder **trial starting on July 22, 2024 (which is expected to last one week)** in Hillsborough County Superior Court North in State v. Katon Lang;

aggravated felonious sexual assault **trial starting on August 19, 2024** in Hillsborough County Superior Court South in <u>State v. Michael Brady</u>.

WHEREFORE, the Defendant, Anthony Conley, hereby prays this Honorable Court:

A. Grant the within Motion to Continue;

B. Continue the June 20, 2024 detention hearing; and

C. Grant such other and further relief as may be just and equitable.

                                          Respectfully submitted,

                                          Anthony Conley,
                                          By and through his attorney,

Dated: June 20, 2024

                                          <u>/s/ Paul Garrity</u>
                                          Paul Garrity, NH Bar #905
                                          14 Londonderry Road
                                          Londonderry, NH 03053
                                          (603) 434-4106
                                          garritylaw@myfairpoint.net

## **CERTIFICATE OF SERVICE**

I, Paul J. Garrity, herein certify that a copy of the within Motion was e-filed to all parties of record through this court's electronic filing system.

Dated: June 20, 2024

                                          <u>/s/ Paul J. Garrity</u>
                                          Paul J. Garrity