UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal Case No. 1:24-CR-003-01/13-SM-AJ-06 |
| V. ) | |
| ) | |
| ) | |
| Angela Demarco ) | |

DEFENDANT'S ASSENTED TO MOTION TO REOPEN THE DETENTION HEARING BASED ON COMPLETION OF THE SOAR PROGRAM AND A RELEASE PLAN INVOLVING INPATIENT DUAL DIAGNOSIS TREATMENT

L.R. 7.1(c) CONCURRENCE STATEMENT

On July 17, 2024, counsel conferenced this matter by telephone with Assistant United States Attorney Heather Cherniske. Considering the defendant's completion of the SOAR program at the Merrimack County House of Correction, the government assents to reopening the detention hearing.

Respectfully submitted,

/s/ John V. Apruzzese # 268149

81 Washington Street, Suite 206
Salem, MA 01970
MA #560999
Phone (978)-745-4232
jvapruzzeseesq@aol.com

Certificate of Service

I hereby certify that I served a copy of this Addendum to Counsel's Motion to Reopen the Detention Hearing pursuant to the CM/ECF system which was sent electronically to the registered participants on this day, July 17, 2024.

/s/ John V. Apruzzese # 268149