UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * *
*                                           *
*     United States of America              *
*                                           *   No.  1:24-cr-3-SM-AJ-10
*                v.                         *
*                                           *
*          Zachary Albert                   *
*                                           *
* * * * * * * * * * * * * * * * * * * * * * *
```

**ASSENTED MOTION TO JOIN ALTON RYAN'S MOTION TO CONTINUE/GOVERNMENT ASSENTS**

***NOW COMES*** the defendant, Zachary Albert, by and through counsel, Mark L. Sisti, Esq., and respectfully requests that this Honorable Court Allow the defendant to Join Alton Ryan's Motion to Continue/Government Assents, that was filed with this Court on or about July 29, 2024, in the above matter.

The Government, through AUSA Heather Cherniske, assents to this request.

***WHEREFORE*** the defendant requests that this Honorable Court Grant said relief and for such further relief as may be just.

Dated:  August 2, 2024                           /s/ Mark L. Sisti, Esq.
                                                 Mark L. Sisti, Esq.
                                                 NH Bar No.:  2357
                                                 VT Bar No.: 4054
                                                 Sisti Law Offices
                                                 387 Dover Road
                                                 Chichester, NH 03258
                                                 (603) 224-4220
                                                 info@sistilawoffices.com

**CERTIFICATION**

    I hereby certify that on this 2nd day of August 2024, that a copy of the foregoing <u>Assented Motion to Join Alton Ryan's Motion to Continue/Government Assents</u> has been forwarded to Heather A. Cherniske, Esq. and Jarad Hodes, Esq., US Attorney's Office, via the Court's electronic filing system.

                                      <u>/s/ Mark L. Sisti, Esq.</u>
                                        Mark L. Sisti, Esq.