UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA  )
                          )
vs.                       )     CASE NO 24-CR-03-08 SM
                          )
MAUREEN CORSETTI          )

**DEFENDANTS ASSENTED-TO MOTION TO CONTINUE
THE DATE FOR A CHANGE OF PLEA**

NOW COMES the defendant, Maureen Corsetti the in the above entitled matter, and respectfully moves this Honorable Court to continue the date for a change of plea in this matter. The defendant has executed a plea agreement with the government regard this case.  The matter is presently set for 11 AM on November 5, 2024.

As reason the requested continuance counsel submits that he had already committed on a private case to a registry hearing in Maine at 10 AM on that same date. The error in scheduling is the fault of counsel. The defendant seeks a minimally short date for any such continuance granted by the court.

Counsel has conferred with Assistant United States Attorney Heather Cherniske assents to the relief requested by this motion.

Respectfully submitted,
Counsel for the defendant,

/s/ Stanley W. Norkunas
Stanley W. Norkunas
150 Westford Road, Unit 26
Tyngsborough, MA. 01879
(978) 454-7465
attyswn@msn.com

Certificate of Service

    I hereby certify that I served a copy of the within Motion to Continue to all registered participants of the ecf filing system in this case on this first day of November 2024 and that no party requires service in any other manner.

                                                                                   */s/* Stanley W. Norkunas  
                                                                                    Stanley W. Norkunas