**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

UNITED STATES OF AMERICA

      v.                                              No. 24-cr-00003-SM-AJ-4

DENNIS DREW

## CERTIFICATION OF SPEEDY TRIAL WAIVER

The Defendant, Dennis Drew, and his counsel submit this certification of speedy trial waiver. Defense counsel certifies that he has consulted with the defendant about the requested continuance. Counsel reviewed the factual and procedural circumstances of this case as they may bear on the defendant's constitutional and statutory rights. The defendant understands that he is agreeing to a delay in his case. The defendant understands that he is waiving his constitutional and statutory rights to a speedy trial. Counsel certifies that the defendant has knowingly and voluntarily waived his rights. Counsel is forthwith mailing or electronically transmitting to the defendant and counsel for the government a copy of the motion to continue.

Date: November 7, 2024.          Respectfully submitted,

                                                */s/ Richard Guerriero*
                                                Richard Guerriero, Esq.
                                                N.H. Bar ID. 10530
                                                Lothstein Guerriero, PLLC
                                                39 Central Square, Suite 202
                                                Keene, NH 03431
                                                Telephone: (603) 352-5000
                                                richard@nhdefender.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

                                                */s/ Richard Guerriero*
                                                Richard Guerriero, N.H. Bar ID. 10530