UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 24-cr-00003-SM-AJ |
| | ) | |
| THOMAS CONWAY | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR HEARING ON COMPETENCY

The defendant, Thomas Conway, moves this Court to schedule this matter for a competency hearing. As grounds, Mr. Conway has been examined by a forensic psychologist who has opined that he is not competent to stand trial. Pursuant to 18 U.S.C. § 4241(a), the court shall grant a motion for a hearing to determine competency "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." The psychologist who examined Mr. Conway is of the opinion that he suffers from a mental health disorder that has rendered him incompetent. A copy of the psychologist's report has been provided to the government.

THOMAS CONWAY
By His Attorneys,

*Daniel J. Gaudet*

Daniel J. Gaudet
*Pro Hac Vice*
MA B.B.O. # 688120
Carney, Gaudet & Carney
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
DGaudet@CarneyDefense.com

*/s/ Jeffrey D. Odland*
Jeffrey D. Odland, Esquire
NH Bar #18967
Wadleigh, Starr and Peters PLLC
95 Market Street
Manchester, NH 03101
(603)-669-4140
jodland@wadleighlaw.com

January 8, 2025


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants on or before the
above date.


*Daniel J. Gaudet*
Daniel J. Gaudet