UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Crim. No. 24-cr-00003-JL-AJ-8

Maureen Corsetti

### NOTICE OF ACCEPTANCE/NON-ACCEPTANCE INTO LASER

The defendant notifies the court as follows (select one):

**X**   The defendant has been accepted into LASER Docket and has agreed to participate.

___   The defendant has not been accepted and/or has declined the opportunity to participate in LASER Docket.

Respectfully submitted,

_____
Counsel for the Defendant

Date: 2/12/2025

USDNH-9 (5-10)