UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Case No. 1:24-CR-00003-SM-AJ-13 |
| | * | |
| ANTHONY CONLEY | * | |
| Defendant. | * | |

### ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the Defendant, Anthony Conley, by and through his attorney, Paul Garrity, and hereby moves this Honorable Court to continue the Sentencing Hearing for 45 days.

In support of this Motion, the Defendant states as follows:

1.  The Defendant is scheduled in this Court for a Sentencing Hearing on April 03, 2025 at 10:00 a.m.

2.  However, due to the undersigned counsel's heavy Federal and State schedule, additional time is needed to determine potential objections to the Presentence Investigation Report and to prepare for Sentencing.

3.  In addition, the undersigned counsel is scheduled on April 3, 2025 for Trials in the Salem District Court on State v. Victoria Lapusata and State v. Emad Ezzat at 8:00 a.m., Plea Hearing in the Hooksett District Court on State v. David Johnson at 9:00 a.m. and Dispositional Conference in the Hillsborough Superior Northern Court in State v. Paul Williams at 9:00 a.m.

4.  This makes it difficult for the undersigned counsel to be fully prepared for Sentencing on April 03, 2025.

5.       Assistant US Attorney Heather Cherniske has been contacted regarding this motion and

assents to the requested motion to continue.

6.       For scheduling purposes, the undersigned counsel is scheduled for vacation on April 24,

2025 through May 02, 2025 and from July 19, 2025 until August 9, 2025.

7.       In addition, for scheduling purposes the undersigned counsel is scheduled to begin a week-

long AFSA trial in Merrimack County Superior Court on May 06, 2025 in State v. C.

Bilodeau.

WHEREFORE, the Defendant, Anthony Conley, respectfully asks that this Honorable

Court grant this Motion and continue the April 03, 2025 Sentencing Hearing for 45 days.


                                            Respectfully submitted
                                            Anthony Conley,
                                            By his Attorney,

Date:   March 13, 2025                      /s/ Paul J. Garrity
                                            Paul J. Garrity, Bar No. 905
                                            14 Londonderry Road
                                            Londonderry, NH 03053
                                            603-434-4106
                                            garritylaw@myfairpoint.net


                         **CERTIFICATE OF SERVICE**

        I, Paul J. Garrity, herein certify that on this 13th day of March, 2025, a copy of the within
Motion was emailed to all parties involved and mailed, postage pre-paid to Anthony Conley.


Date: March 13, 2025                        /s/ Paul J. Garrity
                                            Paul J. Garrity