UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Case No. 1:24-CR-00003-SM-AJ-13 |
| | * | |
| ANTHONY CONLEY | * | |
| Defendant. | * | |

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the Defendant, Anthony Conley, by and through his attorney, Paul Garrity, and hereby moves this Honorable Court to continue the May 27, 2025 Sentencing Hearing for 30 days.

In support of this motion, the Defendant states as follows:

1. A Sentencing Hearing is scheduled for May 27, 2025, in this Court.

2. However, the undersigned counsel is scheduled to begin a Jury Trial on May 19, 2025, in the Hillsborough North Superior Court in State v. Katon Lang. Mr. Lang's Trial may continue into the following week, a week which includes the Defendant's currently scheduled May 27, 2025, Sentencing Hearing. In addition, the undersigned counsel is scheduled to begin a two-week long RICO/Murder Trial in the United States District Court for the District of Massachusetts in U.S. v. William Pineda Portillo on June 02, 2025. Given the amount of pre-trial preparation time that will be required for both the Lang and Portillo Trials, the undersigned counsel is requesting additional time to prepare for the Defendant's Sentencing Hearing.

3. That AUSA Heather Cherniske has been contacted and has assents to the relief requested herein.

4. United States Probation Officer Joanna Peters has been contacted and assents to the relief requested herein.

WHEREFORE, the Defendant, Anthony Conley, respectfully asks this Honorable Court to continue the May 27, 2025, Sentencing Hearing for 30 days.

Respectfully submitted,
Anthony Conley,
By his Attorney,

Date: May 8, 2025          /s/     Paul J. Garrity
                                   Paul J. Garrity, Bar No. 905
                                   14 Londonderry Road
                                   Londonderry, NH 03053
                                   603-434-4106
                                   garritylaw@myfairpoint.net

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this date a copy of the foregoing has been sent to all parties of record through this court's electronic filing system.

Date: May 8, 2025          /s/     Paul J. Garrity
                                   Paul J. Garrity