UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

United States of America
     Plaintiff,

           v.

Docket No. 1:24-cr-3

Alton Ryan,
     Defendant

_____

## **MOTION TO CONTINUE SENTENCING/GOVERNMENT ASSENTS**

Alton Ryan moves to continue his sentencing hearing, scheduled for June 24, 2025, at 11:00 a.m. The Government assents.

As grounds, Mr. Ryan states:

1. Sentencing is scheduled for June 24, 2025, at 11:00 a.m.

2. Mr. Ryan completed the Therapeutic Community Program at the Strafford County House of Corrections. He asked to be transferred to the Merrimack County House of Corrections to participate in its Summit Program (formerly SOAR). Mr. Ryan began that program at the beginning of April, but it is a ninety-day program. He would like the opportunity to complete it before he is sentenced.

3. The Government does not object to a continuance. The parties note that July 10-11 are not good dates; counsel for the Government is in trial the week of July 22; and counsel for the Government is out August 18-22.

WHEREFORE, Mr. Ryan requests that this motion to continue sentencing be granted.

    Respectfully submitted,

    ALTON RYAN

    By his attorney,

    ROTHSTEIN LAW LLC

    By: /s/ David M. Rothstein
    David M. Rothstein, N.H. #5991
    100 High Street
    Exeter, N.H. 03833
    (603) 580-3980
    rothsteindm@outlook.com

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of this motion on the Assistant United States Attorney this 13 day of May, 2025, via ECF.

    /s/ David M. Rothstein
    David M. Rothstein