UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 24-cr-3 |
| | ) | |
| DENNIS DREW | ) | |

GOVERNMENT'S ASSENTED-TO MOTION TO EXTEND DEADLINE

The defendant pleaded guilty to conspiracy to distribute methamphetamine. Prior to his change of plea, the government denied his admission to the LASER program. The defendant has now submitted a Motion requesting a post-plea application to LASER despite the government's declination. The government's response deadline is July 25, 2025.

In his Motion, the defendant cites cases that he compares to this matter and that support his request. The government requires additional time to review these cases and potentially order transcripts from the change of plea hearings. Therefore, the government is requesting a two-week extension, until August 8, 2025, to respond to the defendant's Motion. The defendant, through Attorney Richard Guerriero, assents to the requested extension. Because this motion is procedural in nature, no supporting memorandum of law is required.

                                                                          Respectfully submitted,

                                                                          JOHN J. MCCORMACK
                                                                          United States Attorney

Dated: July 25, 2025                     By:    /s/ Heather A. Cherniske
                                                                  Heather A. Cherniske
                                                                   Assistant U.S. Attorney
                                                                   53 Pleasant Street, 4th Floor
                                                                   Concord, New Hampshire 03301
                                                                   (603) 225-1552