UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Case No. 1:24-CR-00003-SM-AJ-13 |
| | * | |
| ANTHONY CONLEY | * | |
| Defendant. | * | |

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the Defendant, Anthony Conley, by and through his attorney, Paul Garrity, and hereby moves this Honorable Court to continue the August 13, 2025, Sentencing Hearing for 30 days.

In support of this motion, the Defendant states as follows:

1. The Defendant is scheduled in this Court for a Sentencing Hearing at 10:00 a.m. on August 13, 2025.

2. However, the undersigned counsel is scheduled for a CJA Duty Day in the United States District Court for the District of Massachusetts in Boston.

3. This makes it impossible for the undersigned counsel to appear in this Court for the Sentencing Hearing at 10:00 a.m. on August 13, 2025.

4. That AUSA Heather Cherniske has been contacted and has assents to the relief requested herein.

5. For scheduling purposes, the undersigned counsel wishes to inform the court that he will be attending his son's wedding from **September 03, 2025, through September 09, 2025.**

WHEREFORE, the Defendant, Anthony Conley, respectfully asks this Honorable Court to grant this Motion and continue the August 13, 2025, Sentencing Hearing for 30 days.

Respectfully submitted,
Anthony Conley,
By his Attorney,

Date: August 4, 2025                /s/Paul J. Garrity
                                    Paul J. Garrity, Bar No. 905
                                    14 Londonderry Road
                                    Londonderry, NH 03053
                                    603-434-4106
                                    garritylaw@myfairpoint.net

**CERTIFICATE OF SERVICE**

I, Paul J. Garrity, herein certify that on this date a copy of the foregoing has been sent to all parties of record through this court's electronic filing system.

Date: August 4, 2025                /s/Paul J. Garrity
                                    Paul J. Garrity