UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * *
*                                           *
*     United States of America              *
*                                           *   No.  1:24-cr-3-SM-AJ-10
*              v.                           *
*                                           *
*        Zachary Albert                     *
*                                           *
* * * * * * * * * * * * * * * * * * * * * * *
```

### ASSENTED MOTION TO CONTINUE TO 2/18/2026, TRIAL SCHEDULE

*NOW COMES* the defendant, Zachary Albert, by and through counsel, Mark L. Sisti, Esq., respectfully requests that this Honorable Court Continue the above-captioned matter.

As grounds for and in support of this motion it is stated:

1. The defendant is charged with one (1) count of Conspiracy to Distribute a Controlled Substance, contrary to 21 U.S.C. §§ 841 (a)(1), 841 (b)(1)(C), & 846.

2. Final Pretrial Conference is currently scheduled for September 3, 2025, at 10:00AM.

3. Trial in this case is currently scheduled for the two-week period beginning September 16, 2025, at 9:30 AM.

4. It is anticipated that Mr. Albert will be entering into a plea agreement. Due to counsel's schedule and location of Mr. Albert, undersigned counsel has been unable to review the plea agreement in person with Mr. Albert.

5. This office has contacted Daniel Gaudet, Esq., counsel for the remaining co-defendant, Thomas Conway, and he indicated that he assents and joins in on this requested continuance. Attorney Gaudet indicated that competency is being litigated on behalf of Mr. Conway.

6. Defense counsel has consulted with Mr. Albert regarding the requested continuance, explaining by seeking said continuance, he is waiving his constitutional and statutory rights to a speedy trial. Mr. Albert personally assented to the continuance. Defense counsel is mailing forthwith to the defendant a copy of the Assented to Motion to Continue.

7. The presiding trial judge, Judge Steven McAuliffe's, trial schedule for the requested continuance is February 18, 2026.

8. AUSA Heather Cherniske has been contacted and she indicated that the Government assents to the requested continuation.

**WHEREFORE** the defendant respectfully requests that this Honorable Court grant the following relief:

    A. Continue this matter to the February 18, 2026, Trial Schedule; and

    B. For such further relief as may be just.

Respectfully Submitted,

Dated: August 8, 2025

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.
NH Bar No.: 2357
VT Bar No.: 4054
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
(603) 224-4220
info@sistilawoffices.com

**CERTIFICATION**

    I hereby certify that on this 8th day of August 2025, that a copy of the foregoing <u>Assented Motion to Continue to 2/18/2026, Trial Schedule</u> has been forwarded to Heather A. Cherniske, Esq. and Jarad Hodes, Esq., US Attorney's Office, via the Court's electronic filing system.

                                          <u>/s/ Mark L. Sisti, Esq.</u>
                                          Mark L. Sisti, Esq.