UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 24-cr-3 |
| | ) | |
| DENNIS DREW | ) | |

## GOVERNMENT'S ASSENTED-TO MOTION TO EXTEND DEADLINE

The defendant pleaded guilty to conspiracy to distribute methamphetamine. Prior to his change of plea, the government denied his admission to the LASER program. The defendant has now submitted a Motion requesting a post-plea application to LASER despite the government's declination. The Court previously granted a two-week extension to respond. The government is now asking for an additional 45 days to respond to the defendant's Motion, until September 22, 2025, as the parties are discussing a potential resolution of this issue. The defendant, through Attorney Richard Guerriero, assents to the requested extension. Because this motion is procedural in nature, no supporting memorandum of law is required.

Respectfully submitted,

JOHN J. MCCORMACK
United States Attorney

Dated: August 8, 2025

By:/s/ Heather A. Cherniske
Heather A. Cherniske
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552