UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

United States of America
      Plaintiff,

            v.                                Docket No. 1:24-cr-3

Alton Ryan,
      Defendant

_____

## **MOTION TO CONTINUE SENTENCING/GOVERNMENT ASSENTS**

Alton Ryan moves to continue his sentencing hearing, scheduled for September 23, 2025, at 11:00 a.m. The Government assents.

As grounds, Mr. Ryan states:

1.    Sentencing is scheduled for September 23, 2025, at 11:00 a.m.

2.    In the lead-up to sentencing, one issue has arisen. That issue will take only a week to clarify.

3.    The Government does not object to a continuance. The parties have contacted the case manager and have discussed October 8, 2025, as an appropriate date.

WHEREFORE, Mr. Ryan requests that this motion to continue sentencing be granted.

Respectfully submitted,

ALTON RYAN

By his attorney,

ROTHSTEIN LAW LLC

By: /s/ David M. Rothstein
David M. Rothstein, N.H. #5991
100 High Street
Exeter, N.H.  03833
(603) 580-3980
rothsteindm@outlook.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this motion on the Assistant United States Attorney this 19 day of September, 2025, via ECF.

/s/ David M. Rothstein
David M. Rothstein