UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| V. * | CR. NO. 1:24-CR-00003-SM-AJ-13 |
| ANTHONY CONLEY * | |

**ASSENTED TO MOTION TO CONTINUE AND RESCHEDULE**

NOW COMES the Defendant, Anthony Conley, by and through counsel, Paul Garrity, and hereby moves this Court to continue the September 30, 2025 Sentencing Hearing and reschedule it to October 8, 2025 at 11:00 a.m.

In support of this Motion, the Defendant states as follows:

1. The Defendant is scheduled at this Court for a Sentencing Hearing at 10:00 a.m. on September 30, 2025.

2. However, the undersigned counsel is scheduled for the following hearings the morning of September 30, 2025: 9:00 a.m. Plea and Sentencing Hearings, State v. Clayton Whitten, for two cases at the Cheshire Superior Court (continuance requests have been filed), 9:30 a.m. Trial Management Conference, State v. Kayla Townsend, at the Merrimack District Court, 10:30 Status Hearing (remote), US v. Ronald Tejeda, with the US District Court of Massachusetts, and a 11:30 a.m. Arraignment, US v. Lonnie Smith Matthews, at the US District Court of Massachusetts in Boston, MA.

3. That AUSA Heather Cherniske has been contacted and assents to this within motion;

WHEREFORE, the Defendant, Anthony Conley, respectfully asks that this Honorable Court grant this Motion and continue September 30, 2025 Sentencing Hearing and reschedule it to October 8, 2025 at 11:00 a.m.

                                                            Respectfully submitted
                                                            Anthony Conley,
                                                            By his Attorney,

Date:  September 25, 2025                    /s/     Paul J. Garrity
                                                           Paul J. Garrity, Bar No. 905
                                                           14 Londonderry Road
                                                           Londonderry, NH 03053
                                                           603-434-4106
                                                           garritylaw@myfairpoint.net

## **CERTIFICATE OF SERVICE**

I, Paul J. Garrity, herein certify that on this 25th day of September, 2025, a copy of the within Motion was electronically filed for all parties involved.

Date: September 25, 2025                    /s/     Paul J. Garrity
                                                           Paul J. Garrity