UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 24-CR-3-11-SM-AJ |
| ) | |
| SERENE HULL ) | |

### ASSENTED-TO MOTION TO CONTINUE
### SENTENCING HEARING FOR 60 DAYS

NOW COMES the defendant, SERENE HULL, and by and through her counsel, Patrick J. Richard, moves this Honorable Court to continue the date for the sentencing hearing from October 29, 2025 to sometime after December 29, 2025.   As reasons counsel states:

1. The defendant changed her plea on this matter before this Honorable Court on July 16, 2025.
2. The Court has scheduled a sentencing hearing on this matter for October 29, 2025.
3. Counsel for the defendant is working on obtaining information and records that will aid the court in sentencing on this matter.
4. Counsel requires more time to obtain said information and believes that 60 more days is sufficient.
5. The United States, via Heather Cherniske of the US Attorney's Office, has indicated its assent to this request.
6. No legal memorandum accompanies this motion as the relief requested is fully set out herein.

WHEREFORE, the Defendant requests this Court:

A. Continue the sentencing hearing date to a date after December 29, 2025; and
B. Such other relief as the Court deems just and equitable.

Respectfully submitted
SERENE HULL
by her attorney,

/s/ Patrick J. Richard

Patrick J. Richard
NH Bar #: 12934
150 Westford Road, Suite 26
Tewksbury, MA. 01879
(978) 458-4279

## CERTIFICATION

I certify that a copy of the within Assented to Motion to Continue has been served upon Assistant United States Attorney Heather Cherniske via ECF on October 1, 2025.

/s/ Patrick J. Richard

Patrick J. Richard