Acknowledgment – Sentencing Options and Supervision Conditions

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT 08 2025

FILED

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

Alton Ryan
Defendant

**ACKNOWLEDGMENT**

Case Number: 1:24CR00003-12-SJM

I, <u>Alton Ryan</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: _____

_____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)