U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Acknowledgment – Sentencing Options and Supervision Conditions

JAN 07 2026

**FILED**

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

Serene Hull
Defendant

**ACKNOWLEDGMENT**

Case Number: 1:24CR00003-11-SJM

I, <u>Serene Hull</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 1/6/26

_____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)