AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

RECEIVED
DEC 3 1 2025
U.S. MARSHALS SERVICE

United States of America
v.
Serene Hull

Case No. 24-cr-3-11-SM

~~SEALED DOCUMENT~~

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Serene Hull who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Supervised Release Violation Petition
- ☒ Bail Violation Notice
- ☐ Probation Violation Petition
- ☐ Information
- ☐ Complaint
- ☐ Superseding Indictment
- ☐ Superseding Information
- ☐ Order of the Court

This offense is briefly described as follows:  See attached Petition.

Date: 12/30/2025

Lianne Wagner
Deputy Clerk

City and state:  Concord, NH

---

**Return**

This warrant was received on (date) 31 DEC 2025, and the person was arrested on (date) 07 JAN 2026 at (city and state) CONCORD, NEW HAMPSHIRE

Date: 07 JAN 2026

Arresting officer's signature

C MEFFORD DUSM
Printed name and title