UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | No.: 24-CR-3-11-SM |
| ) | |
| SERENE HULL         ) | |
| ) | |

_____

**ASSENTED TO MOTION TO AMEND JUDGEMENT**

_____

NOW comes the defendant in the above entitled matter and moves this Honorable Court to amend its Judgement dated January 13, 2026. Specifically, the defendant requests that the date of self-surrender for service of the sentence be amended from January 30, 2026 to February 5, 2026.

As grounds therefore it stated that:

1. The defendant was sentenced on January 13, 2026 to self-report in order to begin her committed sentence on January 30, 2026.
2. That the defendant received word after noon on January 27, 2026 that she is to report to FPC Bryan in Bryan, Texas.
3. That the defendant has court in Merrimack Superior Court in Concord, NH on the morning of January 28, 2026.
4. That the defendant possesses no identification that would allow her to board a plane to travel to Texas to serve her sentence.
5. That the defendant must travel by car, a distance of approximately 1,900 miles, to self-report in Bryan, Texas.
6. That the defendant requires more time to make the long trip by car.

7. That the United States, via Assistant United States Attorney Matthew Hunter, assents to the request to amend the date to report to February 5, 2026.
8. No legal memorandum accompanies this motion as the relief requested is fully set out herein.

        Respectfully submitted,
        SERENE HULL
        By her attorney,

        /s/ Patrick J. Richard

        PATRICK J. RICHARD
        NH Bar#:  12934
        477 Daniel Webster Hwy
        Merrimack, NH  03054
        978-458-4279
        attyrichard@hotmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of this memorandum was served, along with its attachments, via ECF upon Matthew Hunter, Assistant United States Attorney.

| | |
|---|---|
| 1/27/2026 | /s/ Patrick J. Richard |
| Dated | PATRICK J. RICHARD |