UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2026 MAR 11 PM 3:46

United States of America

v.

Demarco

Case No. 24-CR-3

**ORDER**

Angela Demarco is detained pending sentencing under 18 U.S.C. § 3143(a). The clerk of the court shall schedule a sentencing hearing.

SO ORDERED.

Date: 3/11/24

~~Andrea K. Johnstone~~ JOSEPH N. LAPLANTE
United States ~~Magistrate~~ District Judge