**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| **United States of America**<br><br>**v.**<br><br>**RASHIDAHMED M. CANTAVE** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **1:24-cr-00003-SM-01** |

### <u>ASSENTED-TO COUNSEL'S MOTION TO CONTINUE SENTENCING HEARING</u>

NOW COMES, undersigned counsel for Mr. Rashidahmed M. Cantave who respectfully files this Motion to Continue Sentencing hearing. In support thereof, the undersigned counsel states the following:

1. This Honorable Court scheduled a Sentencing hearing on March 24, 2026, at 11:00 a.m.
2. Undersigned counsel will be out of the office for an extended period of time due to medical issues, and if directed by the Court, counsel is prepared to file a detailed affidavit to be filed under seal explaining the specificity of such issues.
3. The defendant continues to be on pre-trial release and is fully compliant with all terms and conditions of such release.
4. Undersigned counsel has communicated with AUSA Matthew Hunter who assents to this motion.

WHEREFORE, the undersigned counsel respectfully requests this Motion to Continue be allowed and a final Sentencing hearing date be re-set for late April.

Respectfully Submitted and Signed
Under Pains and Penalties of
Perjury:
RASHIDAHMED M. CANTAVE
By his Attorney, as Lead Counsel:

Dated: March 16, 2026

*/s/ Vikas S. Dhar*
Vikas S. Dhar, BBO No. 657539
vikas@dharlawllp.com

DHAR LAW llp

Schrafft's City Center Powerhouse
529 Main Street. Suite P200
Charlestown, MA 02129
Office: 617.880.6155
Fax: 617.880.6160

Respectfully Submitted:
RASHIDAHMED M. CANTAVE
By his Attorney, as Local Counsel:

*/s/ Laurence Cote*
Laurence Cote
NH Bar #5521
131 Dartmouth Street, 3rd floor
Boston, MA 02116
(857)205-7172
lbcesq@mac.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Vikas S. Dhar, counsel for Defendant, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by hand, first class mail, facsimile or electronic mail to:

AUSA Matthew Hunter
US District Attorney's Office
Email: Matthew.Hunter@usdoj.gov

*/s/ Vikas S. Dhar*
Vikas S. Dhar, BBO No. 657539