**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

```
* * * * * * * * * * * * * * * * * * * * * * * *
*                                            *
*       United States of America             *
*                                            *      No.  1:24-cr-3-SM-AJ-10
*                  v.                         *
*                                            *
*           Zachary Albert                    *
*                                            *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR BOOKER VARIANCE**

*NOW COMES* the defendant, Zachary Albert, by and through counsel, Mark L. Sisti, Esq., and respectfully submits this Memorandum in Support of a Booker Variance.

As grounds for and in support of this motion it is stated:

1. Zachary Albert has entered a Plea to Count 1 of the Indictment charging him with Conspiracy to Distribute. He has taken full responsibility for his actions and now requests a variance in his Sentencing.

2. The crux of his request is based on a couple of factors. This Court should know that Zachary has now been substance free for years. Prior to his Plea, he was incarcerated at the NH State Prison for Men on unrelated drug charges. While at the prison, he engaged in every program made available and remained drug-free. At the time of his Plea in Federal Court, we requested that this Court recommend the Therapeutic Community Program at the Strafford County Jail.  Your Honor made such a recommendation and based on that; he was admitted to that Program.

3. Zachary has successfully completed that Program and has dedicated himself to a drug-free future. (See Completion Letter attached hereto).

4. Not only has he completed the drug rehab program, he has also completed numerous certificate courses and programs. (See Certificates attached hereto).

5. His entire stay at the Strafford County Jail has been disciplinary free and he was selected to actually work in the Jail Industries Program. Not only is he a productive, reliable worker, he was also in charge of the training and operation of the industrial screen-printing machine. His focus on rehabilitation and productivity has been above and beyond that of many others. (See Jail Industries Letter attached hereto).

6. Sadly, Zachary and his twin sister's younger brother, Zeb Albert, passed away on January 24, 2025 (Zachary and his twin sister's birthday). Then, on March 10, 2025, less than two (2) months later, Zachary's father, Robert Albert, passed away. Zachary was incarcerated throughout both tragic deaths. Grief is difficult to navigate as it is, yet Zachary has remained substance-free, while being incarcerated, as he began to process his emotions in a restricted environment.

7. Zachary Albert, through his efforts and through the opportunities afforded him, has shown he is on a new path. This is an honest and sincere turn around for him. His extraordinary efforts at rehabilitation should be taken into consideration at Sentencing and show a clear indication that his future is now brighter than it has ever been in the past.

In conclusion, Zachary Albert would request that such efforts and accomplishments be taken into consideration and that an appropriate reduction in his sentence be made based on the exceptional progress made by him and his commitment to a drug-free life.

Respectfully Submitted,

Dated:  July 17, 2026

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.
NH Bar No.:  2357
VT Bar No.: 4054
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
(603) 224-4220
info@sistilawoffices.com

## **CERTIFICATION**

I hereby certify that on this 17th day of July 2026, that a copy of the foregoing Defendant's Sentencing Memorandum and Request for Booker Variance has been forwarded to Matthew Hunter, Esq., US Attorney's Office, via the Court's electronic filing system.

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.