**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | No. 1:24-cr-00003-JL-AJ |
| | ) | |
| | ) | |
| Maureen Corsetti, et al | ) | |

**SENTENCING MEMORANDUM**
**BOOKER VARIANCE**

Now Comes the defendant, through undersigned counsel, and requests that this Honorable Court grant a variance from the Guideline Sentencing Range. Ms. Corsetti respectfully requests that this Court sentence her to time served followed by 3 years of supervised release, no fine, and a $100.00 special assessment.

In support of this Motion the following is stated:

1. Ms. Corsetti was arrested for related state charges on December 4, 2022. She was later the subject of a two count indictment for the instant matter on January 31, 2024.
2. She was arrested on February 21, 2024 and was released on pretrial conditions.
3. On November 6, 2024, Ms. Corsetti plead guilty to count 1 of the indictment charging her with conspiracy to possess a controlled substance with intent to distribute (methamphetamine) 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).
4. On February 13, 2025, she was accepted into the LASER Docket Program.
5. Ms. Corsetti entered and successfully completed the LASER Docket Program demonstrating extraordinary pretrial rehabilitation.

6. Ms. Corsetti has worked hard to live a healthy and sober lifestyle and received minimal correction during her patriation in the LASER Docket Program.

7. A sentence of time served will allow Ms. Corsetti to continue her rehabilitation efforts. She is gainfully employed and has remained sober and law abiding. She has demonstrated significant buy-in to the LASER Docket Program and appears to have greatly improved her situation and her attitude because of the guidance she received in the Program.

8. The GSR is no longer binding and this Court must consider the factors listed in 18 U.S.C. §3553(a) when it fashions a sentence. *U.S. v. Booker*, 543 U.S. 220, 262 (2005).

9. 18 U.S.C. § 3553(a) states, among others, the following relevant factors:

   (1) the nature and circumstances of the offense and the history and characteristics of the defendant;
   (2) the need for the sentence imposed —
      (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
      (B) to afford adequate deterrence to criminal conduct;
      (C) to protect the public from further crimes of the defendant; and
      (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

10. The importance of, and rationale for, the post-Booker and Gall sentencing procedure described above has been summarized by the First Circuit Court of Appeals as follows:

> This sequencing necessitates a case-by-case approach, the hallmark of which is flexibility. In the last analysis, a sentencing court should not consider itself constrained by the guidelines to the extent that there are sound, case-specific reasons for deviating from them. Nor should a sentencing court operate in the belief that substantial variances from the guidelines are always beyond the pale. Rather, the court "should consider every convicted person as an individual and every case as a

> unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue."

*See,* Martin, 520 F.3d at 91 (citing Gall, 128 S.Ct. at 598).

11. Ms. Corsetti participated in and successfully completed the Court's LASER Docket Program in just over one (1) year. She entered LASER on February 12, 2025 and completed it on March 11, 2026.
12. Ms. Corsetti's only felony conviction is for the instant matter.
13. Ms. Corsetti participated in individual counseling with Reentry Resources Counseling and successfully completed MRT, as well as attending various sobriety maintenance meetings. She has maintained sobriety since completing the LASER Program and demonstrated a commitment to maintaining her sobriety going forward.
14. Ms. Corsetti maintained employment throughout LASER, working as a livery driver for Executive Sedan and Limousine in Manchester, New Hampshire. During LASER there have been regular reports of her strength as an employee. She earned the trust of her employer and has trained new employees and even recruited one recently who is a LASER graduate.
15. Ms. Corsetti has graduated from John Stark Regional High School and went on to earn a bachelor's degree in sociology from the University of New Hampshire.
16. Ms. Corsetti has been a great support to other LASER participants while in LASER. She always demonstrated a positive and supportive attitude that appeared genuine. She also helped many others in recovery. At Grandmaison Recovery, where Ms. Corsetti used to live, she would regularly participate in and lead meetings. She even brought women in the residence who could not drive to their meetings.

17. Ms. Corsetti earned a service position in her AA homegroup. She coordinates speakers to come to meetings and also coordinates speakers to come from her group to speak at other meetings in the State. She also regularly serves as a speaker at meetings throughout New Hampshire.

18. Ms. Corsetti has spent considerable energy while in LASER strengthening her relationship with her family. She attends family gatherings and enjoys the support she has earned from her family, many of whom attended her graduation form LASER.

19. Since graduation Ms. Corsetti maintained a law abiding, sober, employed, and responsible lifestyle and there is every reason to think that she will continue to do so.

20. Ms. Corsetti has fully accepted responsibility for her criminal activities. She has acknowledged the harm her choices have created for her family, society, and herself.

21. In conclusion, the requested sentence of time served followed by three (3) years of supervised release adequately takes into account the sentencing factors mandated by law and satisfies the interests of Justice. The sentence promotes respect for the Law, provides punishment for the offense, deters future criminal offenders, and protects the public. It is a fair and just sentence given Ms. Corsetti's dedication and growth through the LASER Docket Program.

22. The Government, through Assistant United States Attorney Cesar Vega assents to the sentence requested herein.

WHEREFORE, Ms. Corsetti respectfully requests this Honorable Court sentence her to:

A. Time served followed by three (3) years for supervised release, no fine, a $100.00 special assessment; and

B. Grant all other just and equitable relief.

Respectfully Submitted,
Maureen Corsetti
By her Attorney,

Date: September 17, 2026

/s/ Jonathan Cohen
Jonathan Cohen
NH Bar # 14185
Cohen & Winters, PLLC
101 North State Street, Suite 1
Concord, NH 03301
(603) 224-6999

CERTIFICATE OF SERVICE

I Jonathan Cohen, herein certify that on this 17th day of September 2026, a copy of the within was electronically forwarded to Assistant United States Attorney Cesar Vega.

/s/ Jonathan Cohen
Jonathan Cohen